Cody Humpherys (SBN 342565)
chumpherys@nilanjohnson.com
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: 612-305-7500
Facsimile: 612-305-7501

Attorneys for Plaintiff/Counter-Defendant Ontrak, Inc.

Phil A. D'Aniello (Pro Hac Vice)
pdaniello@fassettlaw.com
FASSETT, ANTHONY & TAYLOR, P.A.
1325 W. Colonial Drive
Orlando, FL 32804
Telephone: 407-872-0200

Attorneys for Defendant/Counter-Plaintiff Tanya Ozkan

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Ontrak, Inc.,<br><br>            Plaintiff,<br><br>      v.<br><br>Tanya Ozkan,<br><br>            Defendant. | Case No.: 8:23-cv-02352<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Action Filed: December 13, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff/Cross-Defendant Ontrak, Inc. and Defendant/Cross-Plaintiff Tanya Ozkan (collectively, the Parties) that all claims, actions, counterclaims, and defenses which have been asserted by and against the Parties in the above-captioned action shall be dismissed with prejudice under and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is further stipulated that the Court shall retain jurisdiction to enforce the Parties' April 4, 2025 agreement entitled "Settlement Agreement And Mutual General Release". All parties shall bear their respective attorneys' fees and costs.

NILAN JOHNSON LEWIS PA

Dated: June 6, 2025         By:  */s/ Cody Humpherys*
                                 Cody Humpherys (Reg. No. 342565)
                                 250 Marquette Avenue South, Suite 800
                                 Minneapolis, MN 55401
                                 Telephone: 612-305-7500
                                 Facsimile: 612-305-7501

                                 Attorneys for Plaintiff/Counter-Defendant Ontrak, Inc.

FASSETT, ANTHONY & TAYLOR, P.A.

Dated: June 6, 2025         By:  */s/ Phil A. D'Aniello*
                                 Phil A. D'Aniello (Pro Hac Vice)
                                 1325 W. Colonial Drive
                                 Orlando, FL 32804
                                 Tel: 407-872-0200

                                 Attorneys for Defendant Tanya Ozkan

# **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on June 6, 2025, as follows:

Gabriel Green, Esq.
BUCHALTER P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Tel: 213-891-5029
Email: ggreen@buchalter.com

Phil A. D'Aniello (Pro Hac Vice)
FASSETT, ANTHONY & TAYLOR, P.A.
1325 W. Colonial Drive
Orlando, FL 32804
Tel: 407-872-0200
Email: pdaniello@fassettlaw.com

Attorneys for Defendant/Counter-Plaintiff Tanya Ozkan

                              */s/ Cody Humpherys*
                              Cody Humpherys