**JS-6**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Ontrak, Inc.,<br><br>   Plaintiff,<br><br>   v.<br><br>Tanya Ozkan,<br><br>   Defendant. | Case No.: 8:23-cv-02352<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>Action Filed: December 13, 2023 |

The Court, being duly advised in the premises and being presented with a stipulation of the parties entitled Joint Stipulation of Dismissal with Prejudice, hereby dismisses this action with prejudice under and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and retains jurisdiction to enforce the Parties April 4, 2025 agreement entitled "Settlement Agreement And Mutual General Release". All parties shall bear their respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 6, 2025

*David O. Carter*

David O. Carter
UNITED STATES DISTRICT JUDGE